## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SUN CHENYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.     19 cv 5705 |
| | ) | |
| THE PARTNERSHIPS AND | ) | Judge Elaine E. Bucklo |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF THIRD PARTY CITATION TO DISCOVER ASSETS

Name of person to receive Citation:  PayPal
                                      12312 Port Grace Blvd
                                      LaVista NE  68128
                                      EEOMALegalSpecialist@paypal.com

Judgment Debtor's last known email address:

      Included in Sealed Documents of Docket Numbers 6 and 7 of the above captioned case.

      This Third Party Citation is set for March 6, 2020, at 9 a.m. at 120 N. LaSalle St. Suite 1200, Chicago, IL 60602.

      A judgment in favor of Sun Chenyan and against The Defendants identified in Schedule A was entered on January 29, 2020, in this Court under Case Number 19 cv 5705 in the amount of $650,000 and $1650,000 remains unsatisfied.

Name and address of Attorney for Judgment Creditor:

Law Office of Charles E. McElvenny
120 N. LaSalle St.
Suite 1200
Chicago, IL 60602
312-291-8330

**NOTICE:** **The court has issued a citation against the person named above. The citation directs that the person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.**

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE.

1. Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account.
2. Social Security and SSI benefits;
3. Public assistance benefits;
4. Unemployment compensation benefits;
5. Worker's compensation benefits;
6. Veteran's benefits;
7. Circuit breaker property tax relief benefits;
8. The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;
9. The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;
10. Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.
11. Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.
12. Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.
13. Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the United States District Court for the northern District of Illinois, Eastern

Division, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. When so notified, the Clerk of the United States District Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.

This notice may be sent to the judgment debtor by regular first class mail.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I served the enclosed **Citation to Discover Assets to Third Party and Notice of Citation** on the above named persons at the above stated addresses by mail and/or email in Chicago, Illinois on this 14th day of February 2020.

_____

CHARLES E. McELVENNY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SUN CHENYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    19 cv 5705 |
| | ) | |
| THE PARTNERSHIPS AND | ) | Judge Elaine E. Bucklo |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

**CITATION TO DISCOVER ASSETS TO A THIRD PARTY**

To:    PayPal
        12312 Port Grace Blvd
        LaVista NE 68128
        EEOMALegalSpecialist@paypal.com

       YOU ARE REQUIRED to either file your answer to this Citation on the form appearing on the reverse side or appear on March 6, 2020 before 9:30 am at 120 N. LaSalle St., Suite 1200, Chicago, IL 60602.

       Judgment was entered on January 29, 2020, in favor of Plaintiff and against Defendants in this court under case number 19 cv 5705 in the sum of $650,000. There is now due, less credit and off-set, sum of $650,000 (Judgment Balance). Further sums may become due as costs and interests accrue.

Your answer will inform the Court as to property you may hold belonging to the Defendants identified in the attached Schedule A.

       YOU ARE FURTHER COMMANDED TO PRODUCE:

       Any and all account information identifying, controlled by, connected or relating to the Defendants identified in the attached Schedule A.

       You are prohibited from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment, a deduction order or

garnishment, property belonging to the judgment debtor or to which s/he may be entitled or which may thereafter be acquired by or become due to him or her, and from paying over or otherwise disposing of any monies not so exempt, which are due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding.

You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

If the account consists solely of funds that can be identified as exempt under federal or state law, you are PROHIBITED from FREEZING THE ACCOUNT and YOU MUST RESPOND that the account consists solely of exempt funds. Deposited funds that are exempt under federal and state law include Social Security, SSI, veteran's benefits, Railroad Retirement benefits, public assistance benefits, unemployment compensation benefits and/or circuit breaker property tax relief benefits.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(f)(1).

WARNING: Your failure to appear in court or file you answer as directed may cause you to be arrested and brought before the court to answer to a charge of contempt of court, which may be punishable by imprisonment in the county jail.

### CERTIFICATION BY ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the above information regarding the amount of the judgment, the date of the judgment, or its revival date, the balance due thereon, the name of the court and the number of the case is true and correct.

Charles E. McElvenny
Law Office of Charles E. McElvenny
120 N. LaSalle St.     Suite 1200
Chicago, IL 60602
312-291-8330
charlie@cemlawfirm.com

_____
Charles E. McElvenny

Clerk of the Court for the United States District Court, Northern District of Illinois

THOMAS G BRUTON
_____

Date:    FEB 13 2020
_____

_____
Deputy Clerk



## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: **PayPal**          Court Date: March 6, 2020
Defendant's Name: See Attached Schedule A  SSN:
Case No.: 19 cv 5705
Judgment Balance: $650,000
This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? Yes/No
If the answer is "yes" go to the next question. If "no", go to the instructions.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? Yes/No
If the answer is "yes" go to the next question. If "no", go to the instructions.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits? Yes/No

       If you answered "yes" to all three (3) questions and funds in the account(s) are exempt, do not freeze the funds. Go to the "instructions" below.

| 4. | Account Balance | Amount Withheld |
|---|---|---|
| A. Savings Account | $ _____ | $ _____ |
| B. Check/MMA/Now Account | $ _____ | $ _____ |
| C. Certificate of Deposit | $ _____ | $ _____ |
| D. Trust Account/Other | $ _____ | $ _____ |

(Describe)_____

E. Safety Deposit Yes/No

F. Land Trust No. _____

G. Less Right of Offset for Loans        $ _____

Total Amount Frozen:        $ _____

5.     List all electronic deposits into account(s) and their source(s) except deposits:

| Account No. | Source | Monthly Amount |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

6.     List all joint account holders or adverse claimants:

Name_____      Name_____

Address_____      Address_____

Account Information:                  Account Information:
Type: Checking/Savings/CD Savings    Type: Checking/Savings/CD Savings
Account Number:                     Account Number:

## INSTRUCTIONS

Deliver this Answer at least three (3) days before the court date to assure timely processing.

Complete the Answer of Third Party Respondent Citation section on this form.

Complete and sign the certification at the bottom of this page.

## CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Agent Name: _____

Agent Title: _____

Agent Signature: _____

**Schedule A**

| Defendant No. | Store Name | Email Address | Paypal Transaction ID | Paypal Address |
|---|---|---|---|---|
| 1 | ZYLFG | zhangyaoling1559@outlook.com | | |
| 2 | wandahandmade | wandahandmade@outlook.com | | |
| 3 | huanqiao | sqq75174623@outlook.com | | |
| 4 | Angellou's wedding store | 42876868@qq.com | | |
| 5 | fashionin2016_us   (carsem_us) | sw_service_2@163.com | 6857237816510390E | |
| 6 | instyle_studio  (euro_auto_teile2019) | lolitagirllol@163.com | 5KG72288KE471441N | |
| 7 | twinklewig | fashionin_uk@163.com | 2V700326PH137354C | |
| 8 | fashiontrend_uk | c6henweit2059@163.com | | henweit@gmail.com |
| | | | | |