**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Sun Chenyan, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br><br> Defendants. | No. 19-cv-5705 <br><br> Judge Elaine E. Bucklo |

**ANSWER OF THIRD PARTY RESPONDENT CONTEXTLOGIC INC. TO CITATION TO DISCOVER ASSETS TO A THIRD PARTY**

Citation/Respondent:  ContextLogic, Inc.          Court Date:  February 26, 2020
Defendant's Name:  See Attached Schedule A       SSN:
Case No.:  19 cv 5705
Judgment Balance:  $650,000
This is a Citation:  Freeze up to double the Judgment Balance

**INTERROGATORIES**

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? Yes/No
If the answer is "yes" go to the next question. If "no", go to the instructions.

**ANSWER:**   Yes.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? Yes/No   If the answer is "yes" go to the next question. If "no", go to the instructions.

**ANSWER:**   No.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits? Yes/No

**ANSWER:**   Not applicable.

If you answered "yes" to all three (3) questions and funds in the account(s) are exempt, do not freeze the funds. Go to the "instructions" below.

4.                                         Account Balance            Amount Withheld

A.   Savings Account              $_____N/A_____     $ _____N/A_____

B.   Check/MMA/Now Account   $_____N/A_____     $ _____N/A_____

C.   Certificate of Deposit         $_____N/A_____     $ _____N/A_____

D.   Trust Account/Other          $__See Schedule A__    $ _See Schedule A_

(Describe) Merchant account balances. Breakdown by merchant contained in Schedule A.

E.   Safety Deposit Yes/No    No.

F.   Land Trust No. _____N/A_____

G.   Less Right of Offset for Loans                                             $_____0.00_____

Total   Amount Frozen:                                                             $_See Schedule A_

5.   List all electronic deposits into account(s) and their source(s) except deposits:

Account No.        Source                                                     Monthly Amount
_____        _____N/A_____        _____
_____        _____        _____
_____        _____        _____

6.   List all joint account holders or adverse claimants:

Name _____N/A_____         Name _____N/A_____

Address _____         Address_____

Account Information:                                  Account Information:
Type:  Checking/Savings/CD Savings           Type:  Checking/Savings/CD Savings
Account Number:                                       Account Number:

2

## INSTRUCTIONS

Deliver this Answer at least three (3) days before the court date to assure timely processing.

Complete the Answer of Third Party Respondent Citation section on this form.

Complete and sign the certification at the bottom of this page.

## CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Agent Name: _Aaron Villarreal_

Agent Title: _Manager, Merchant Compliance_

Agent Signature: _Aaron Villarreal_

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Answer of Third Party Respondent ContextLogic Inc. to Citation to Discovery Assets to a Third Party Is being sent via electronic mail and via first class mail, postage prepaid, to the following counsel of record this February 19, 2020.

Charles E McElvenny
Law Offices of Charles E. McElvenny
120 N. LaSalle St., Suite 1200
Chicago, IL 60602
charlie@cemlawfirm.com

/s/ Dwight D. Lueck
Dwight D. Lueck
BARNES & THORNBURG, LLC
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Fax: (317) 231-7433
Email: dlueck@btlaw.com

4

Sun Chenyan v. The Partnerships, et al. (19-cv-5705)
Schedule A

| | Store Name | Store Link | Account Balance | Amount Withheld |
|---|---|---|---|---|
| 1 | ZYLFG | https://www.wish.com/merchant/58e5913ee331b010594cffcc | $6,723.22 | $6,723.22 |
| 2 | wandahandmade | https://www.wish.com/merchant/56619049c739526ba249dae | $225.92 | $225.92 |
| 3 | huanqiao | https://www.wish.com/merchant/5a614e311e717512ffded410 | $1,767.34 | $1,767.34 |
| 4 | Angellou's wedding store | https://www.wish.com/merchant/588134fd345e024ccc4b03el | $3,674.46 | $3,674.46 |
| | Total | | $12,390.94 | $12,390.94 |